UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

CHRISTIAN MONGELOS, ET AL.,

            Plaintiffs,

    - against -

FW FREEDOM CONSTRUCTION CORP., ET AL.,

            Defendants.
―――――――――――――――――――――――――――――――

23-cv-3259 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **June 28, 2023.**

**SO ORDERED.**

Dated:    New York, New York
            June 14, 2023

                                   /s/ John G. Koeltl
                                    John G. Koeltl
                         United States District Judge