UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN MONGELOS,
                Plaintiff(s)

                                                                       23 civ 3259 (JGK)

      -against-

FW FREEDOM CONSTRUCTION CORP,
                Defendant(s).
------------------------------------------------------------X

## ORDER

A discovery schedule having been entered on June 28, 2023,

The conference scheduled for September 26, 2023, is canceled.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 20, 2023