UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTIAN MONGELOS, DANIEL HERNANDEZ, MARIO ESTEBAN FLORES, and JIMMY FERNANDO SANCHEZ, on behalf of themselves and all others similarly situated who were employed by Freedom Construction Inc.,

Plaintiffs,

-against-

FW FREEDOM CONSTRUCTION CORP., WELDON COSTA, and FREDERICO DA SILVA,

Defendants,
----------------------------------------------------------------X

Civil Action

Case No.: 23- CV-3259-JGK

STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that, pursuant to the Court's Order of May 3, 2024 (ECF No. 55), the above-captioned action is voluntarily dismissed with prejudice against the defendants and without costs to any party pursuant to the Federal Rules of Civil Procedure 41(a)(2) and that the Court retains jurisdiction over the enforcement of the terms of the settlement agreement (ECF No. 54-1).

Dated: May 14, 2024

Arenson, Dittmar & Karban
*Attorneys for Plaintiffs*

By: Avi Mermelstein, Esq
420 Lexington Ave. Suite 1402
New York, New York 10170
(212) 490-3600

Rabinowitz, Galina & Rosen
*Attorney for Defendants*

By: Daniel P. Rabinowitz, Esq.
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222

SO ORDERED.

5/15/24
Hon. John G. Koeltl
United States District Judge

The Clerk is directed to close this case.
So ordered
[signature]
5/15/24   U.S.D.J.